IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CASE NO. |
| Plaintiff, | : | **3 22 cr 001** |
| v. | : | **MICHAEL J. NEWMAN** |
| **ALEXANDER STEVEN HERNANDEZ,** | : | **INDICTMENT**<br>26 U.S.C. § 5861(d)<br>**FORFEITURE** |
| Defendant. | : | |

*FILED*
*RICHARD W. NAGEL*
*2022 JAN 25 PM 1:41*
*U.S. DISTRICT COURT*
*SOUTHERN DIST OHIO*
*WESTERN DIV DAYTON*

**THE GRAND JURY CHARGES THAT:**

<u>**COUNT 1**</u>
**[26 U.S.C. § 5861(d)]**

On or about December 15, 2021, in the Southern District of Ohio, defendant **ALEXANDER STEVEN HERNANDEZ**, knowingly possessed a firearm—namely, a Ruger 22 Charger, .22 caliber short barrel rifle as defined in Title 18, United States Code, Sections 921(a)(8) – not registered to him in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. § 5861(d).

<u>**FORFEITURE ALLEGATION**</u>

Upon conviction of the offense set forth in Count 1 of this Indictment, defendant **ALEXANDER STEVEN HERNANDEZ**, shall forfeit to the United States, pursuant to 18 U.S.C.

§ 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the commission of the offense, including but not limited to a Ruger 22 Charger, .22 caliber short barrel rifle, Serial No. 490-77799 with any attachments and ammunition.

A TRUE BILL

/S/
FOREPERSON

KENNETH L. PARKER
United States Attorney

DWIGHT K. KELLER
Assistant United States Attorney