UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

     Plaintiff,                             Case No. 3:22-cr-1

vs.

ALEXANDER STEVEN HERNANDEZ,         District Judge Michael J. Newman

     Defendant.

---

**ORDER: (1) GRANTING DEFENDANT'S UNOPPOSED REQUEST FOR A
CONTINUANCE; AND (2) EXCLUDING THE TIME FROM OCTOBER 16, 2022
UNTIL NOVEMBER 16, 2022 FROM THE SPEEDY TRIAL ACT CALCULATION**

---

       This criminal case comes before the Court on Defendant's unopposed oral request for a continuance. Defendant's counsel requested the continuance during the teleconference held on October 12, 2022 at 4:30 p.m. The Court hereby **GRANTS** Defendant's request to continue.

       The Court finds that, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), after considering the factors set forth therein, the ends of justice are served by granting the requested continuance and that such continuance outweighs the best interest of the public and defendant in a speedy trial. Failure to grant the requested continuance would deny both the Government and Defendant the time necessary for effective preparation (such as having witnesses available to testify at trial), and the ability to explore all available means of resolving this case. *See* 18 U.S.C. § 3161(h)(7). Thus, the time from **October 16, 2022 until November 16, 2022** is **EXCLUDED** in computing the time period set forth in 18 U.S.C. § 3161 within which the United States must bring Defendant to trial.

       **IT IS SO ORDERED.**

  October 12, 2022                  s/Michael J. Newman
                                     Hon. Michael J. Newman

United States District Judge