UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALEXANDER STEPHEN HERNANDEZ,

    Defendant.

Case No. 3:22-cr-1

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER ADOPTING IN FULL THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 25)**

---

This criminal case is before the Court on the Report and Recommendation of the Magistrate Judge, recommending that the Court accept Defendant's guilty plea.  Doc. No. 25.  There being no objections, the Court **ADOPTS** the Report and Recommendation in full.  The Court accepts Defendant's plea of guilty as charged in Count One of the First Superseding Information, which charges him with knowingly transferring, to a person he knew to be a juvenile, certain .22 caliber ammunition that is suitable for use only in a handgun, in violation of Title 18 U.S.C. §§ 922(x)(1)(B) and 924(a)(6)(B)(ii).  Doc. No. 21 at PageID 34.  The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.  The parties should reach out to the Court to schedule a sentencing hearing.

    **IT IS SO ORDERED.**

  November 16, 2022                             s/ Michael J. Newman
                                                          Hon. Michael J. Newman
                                                          United States District Judge